IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK BRIGGS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00496-SWW |
| | * | |
| | * | |
| TRANSWORLD SUSTEMS, INC., EGS | * | |
| FINANCIAL CARE, INC., | * | |
| FINKELSTEIN, KERN, STEINBERG & | * | |
| CUNNINGHAM, P.C. and John Does 1-10, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Pursuant to the Stipulation for Dismissal [doc.#12] filed by the parties on December 19, 2016, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of December 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE